PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Jun 27, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Residence at 4529 Ashcroft Avenue, Sacramento, California 95841; A 2015 White Dodge Challenger sedan with California license plate 8XHW091; and RODERICK WAYNE RIGMAIDEN (date of birth XX/XX/1985); | CASE NO. 2:22-sw-0445 DB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

# S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: June 27, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER